IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01312-ZLW-BNB

STEVEN CALIENNI, and
MANDA, LLC,

    Plaintiffs,

v.

QUIZNOS FRANCHISING II LLC,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41 and the Stipulation For Dismissal With Prejudice (Doc. No. 17) signed by the attorneys for the parties hereto, it is

ORDERED that this case and cause of action is dismissed with prejudice, each party to pay his or its own attorneys' fees and costs.

DATED at Denver, Colorado, this  24th   day of September, 2008.

                BY THE COURT:

                *[signature: Zita L. Weinshienk]*
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court